# EXHIBIT "A"



Nicholas Tardif
Director, Business & Legal Affairs

250 West 57th Street
New York, New York 10107
DIRECT: (212) 331-2235
nicholas.tardif@umusic.com

January 17, 2019

VIA EMAIL & UPS

Netflix, Inc
c/o Lenny Wohl, Director, Music
100 Winchester Circle
Los Gatos, CA 95032
lwohl@netflix.com

Re:   Drake: Rewriting the Rules

Dear Mr. Wohl:

I am counsel for UMG Recordings, Inc., and its affiliated record label Republic Records ("UMG"). I write on behalf of UMG and the recording artist Aubrey Drake Graham ("Drake"). UMG is the exclusive licensee and distributor for all of Drake's master recordings and videos, pursuant to its contractual agreements with the Young Money and Cash Money record labels.

It has come to our attention that today Netflix began distributing an unauthorized documentary about Drake entitled "Drake: Rewriting the Rules" (the "Infringing Work"). The Infringing Work appears to be available for streaming and download across Netflix's website and apps throughout the United States and Canada. The Infringing Work extensively uses over a dozen Drake master recordings and videos throughout the film.

Neither UMG nor Drake have any record of the film's producers and/or distributors having any license or permission to use or perform any of the Drake master recordings and videos featured in the Infringing Work. As you know, the unauthorized reproduction, distribution, and/or exploitation of Drake's master recordings and videos in the Infringing Work constitutes copyright infringement under the United States Copyright Act, 17 U.S.C. § 101, et seq.

Accordingly, UMG requests that Netflix immediately remove Infringing Work from all platforms, including the Netflix website and any apps.  Please contact me upon your receipt of this letter and to confirm that Netflix has removed the Infringing Work. Please also provide me with documentation of any licenses, agreements, authorizations, and/or the legal basis if any, by or pursuant to which the Infringing Work's producers and/or distributors may claim any right to exploit the Drake master recordings and videos in the Infringing Work.

The foregoing is not intended to be a complete recitation of the facts pertaining to this matter. Nothing herein shall be deemed an admission or waiver of any of UMG's rights or remedies, all of which are expressly reserved.

Sincerely,

*/s/ Nicholas J. Tardif*

Nicholas J. Tardif
Litigation Counsel

cc: Alasdair McMullan (alasdair.mcmullan@umusic.com)

David Benjamin (david.benjamin@umusic.com)

Theo Sedlmayr (theo@saentlaw.com)

2