1
2
3
4
5
6
7
8
9
10

**SINGH, SINGH & TRAUBEN, LLP**
**THOMAS K. RICHARDS** (**SBN: 310209**)
 trichards@singhtraubenlaw.com
**MICHAEL A. TRAUBEN** (**SBN: 277557**)
 mtrauben@singhtraubenlaw.com
400 S. Beverly Drive, Suite 240
Beverly Hills, California 90212
Tel: 310.856.9705 | Fax: 888.734.3555

*Attorneys for Plaintiff/Counter-Defendant*
SYMETTRICA ENTERTAINMENT, LTD.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| SYMETTRICA ENTERTAINMENT, LTD., a United Kingdom limited company, <br><br> Plaintiff, <br><br> v. <br><br> UMG RECORDINGS, INC., a Delaware corporation, <br><br> Defendants. <br><br>———————————————— <br><br> AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS <br> ———————————————— | ) Case No.: 2:19-cv-01192-CJC (KSx) <br> ) <br> ) **DISCOVERY MATTER** <br> ) <br> ) The Honorable Karen L. Stevenson <br> ) Courtroom 580 <br> ) <br> ) **PLAINTIFF'S NOTICE OF LODGING** <br> ) **EXHIBITS "I", "M" AND "P" IN SUPPORT** <br> ) **OF PLAINTIFF'S MOTION TO COMPEL** <br> ) **DEFENDANT'S FURTHER WRITTEN** <br> ) **RESPONSES AND DOCUMENTS TO** <br> ) **PLAINTIFF'S REQUEST FOR** <br> ) **PRODUCTION OF DOCUMENTS** <br> ) **(SET ONE) AND TO COMPEL** <br> ) **DEFENDANT'S PRODUCTION OF** <br> ) **CERTAIN UNREDACTED DOCUMENTS** <br> ) <br> ) **Hearing Date:**  July 1, 2020 <br> ) **Hearing Time:**  10:00 a.m. <br> ) **Location:**     Courtroom 580 <br> ) <br> ) **COMPLAINT FILED**: February 15, 2019 <br> ) **DISCOVERY CUTOFF**:  July 9, 2020 <br> ) **PRE-TRIAL CONFERENCE**: October 19, 2020 <br> ) **TRIAL DATE**: October 27, 2020 |

SINGH,
SINGH &
TRAUBEN,
LLP

1

PLAINTIFF'S NOTICE OF LODGING EXHIBITS IN SUPPORT OF MOTION TO COMPEL
CIVIL ACTION NO. 2:19-cv-01192-CJC (KSx)

1         Plaintiff SYMETTRICA ENTERTAINMENT, LTD. ("**Plaintiff**" or

2    "**Symettrica**") hereby lodges the following exhibits in support of its motion to compel

3    Defendant UMG RECORDINGS, INC.'S ("**Defendant**" or "**UMG**") responses and

4    documents to Plaintiff's request for production of documents (set one) and to compel

5    Defendant UMG's production of certain unredacted documents ("**Plaintiff's Motion to**

6    **Compel**"). [DE 56].

7         Plaintiff respectfully submits this Notice of Lodging following a meet and confer

8    conference of counsel conducted pursuant to L.R. 79-5.2.2(b) in connection with

9    Plaintiff's inclusion of certain documents within Plaintiff's Motion to Compel

10   designated by UMG as "Confidential" pursuant to this Court's Stipulated Protective

11   Order. [DE 39]. Specifically, the parties' L.R. 79-5.2.2(b) conference of counsel,

12   intended to eliminate the need for filing under seal by means of redaction, pertained to

13   Plaintiff's filing of **Exhibits "I", "M"** and **"P"** to the declaration of Michael A. Trauben

14   filed in support of Plaintiff's Motion to Compel. [DE 56-1].

15        Following the L.R. 79-5.2.2(b) conference of counsel, Defendant UMG agreed to

16   allow for the public filing of the entirety of **Exhibits "I", "M"** and **"P"** to the

17   declaration of Michael A. Trauben filed in support of Plaintiff's Motion to Compel,

18   subject to Plaintiff's redaction of certain email addresses and cell phone numbers

19   displayed on the subject Exhibits.

20        With respect to **Exhibit "I"** to the declaration of Michael A. Trauben, excluding

21   the redactions of certain email addresses and cell phone numbers in accordance with the

22   parties' meet and confer conference pursuant to L.R. 79-5.2.2(b), the remainder of the

23   redactions reflected on this **Exhibit "I"** are preexisting redactions UMG made prior to

24   producing the documents embodied within the **Exhibit "I"**. UMG made these

25   preexisting redactions prior to producing the documents embodied within **Exhibit "I"**

26   based upon the assertion of the attorney-client privilege and/or work product privilege.

27   [DE 56-11].

28

SINGH,
SINGH &
TRAUBEN,
LLP

2
PLAINTIFF'S NOTICE OF LODGING EXHIBITS IN SUPPORT OF MOTION TO COMPEL
CIVIL ACTION NO. 2:19-cv-01192-CJC (KSx)

It is UMG's preexisting redactions in **Exhibit "I"** that are, in part, the subject-matter of Plaintiff's pending Motion to Compel, wherein Plaintiff seeks an Order compelling Defendant UMG to produce the unredacted versions of certain redacted documents Defendant UMG produced, bearing the following bates numbers: UMG000036, UMG000038, UMG000039, UMG000040, UMG000042, UMG000046, UMG000049, UMG000054, UMG000058, UMG000062, UMG000066, UMG000072 and UMG000092. [DE 56].

Consistent with the L.R. 79-5.2.2(b) conference of counsel, Plaintiff hereby lodges the following partially-redacted Exhibits filed in support of Plaintiff's Motion to Compel:

| Exhibit | Description |
|---|---|
| **"I"** **[DE 56-10]** | UMG's Redacted Takedown Related Communications (with bates-numbers ranging between UMG 000036 and UMG 000094) [DE 56-1 at ¶13] |
| **"M"** **[DE 56-14]** | Exhibit "46" to the deposition of David Benjamin, Esq, consisting of an email from David Benjamin to Adeline B. Ferretti and Daniel Getz, dated January 17, 2019 at 6:10 p.m. Eastern Time, indicating that "take downs are in process", produced by Defendant UMG and bates numbered UMG000032 [DE 56-1 at ¶17] |
| **"P"** **[DE 56-17]** | Exhibit "39" to the deposition of Nicholas Tardif, Esq., consisting of multiple emails dated January 17, 2019, produced by Defendant UMG and bates numbered UMG000085 – UMG000086 [DE 56-1 at ¶20] |

Accordingly, Plaintiff respectfully requests that prior Docket Entries DE 56-10, DE 56-14 and DE 56-17 be deemed replaced with **Exhibits "I"**, **"M"** and **"P"**, respectively, as lodged concurrently herewith.

Singh, Singh & Trauben, LLP

1

**DATED**: June 10, 2020                          Respectfully submitted,

2

3                                                 **SINGH, SINGH & TRAUBEN, LLP**
                                                  **THOMAS K. RICHARDS**

4

5                                                 By:   /s/ Thomas K. Richards
                                                        Thomas K. Richards

6

7                                                 ***Attorneys for Plaintiff/Counter-Defendant***
                                                  SYMETTRICA ENTERTAINMENT, LTD.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SINGH,
SINGH &
TRAUBEN,
LLP

PLAINTIFF'S NOTICE OF LODGING EXHIBITS IN SUPPORT OF MOTION TO COMPEL
CIVIL ACTION NO. 2:19-cv-01192-CJC (KSx)